IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| TIMOTHY MARSH | : |
|     Plaintiff | : |
| v. | :    Civil Action No. 1:18-cv-00787-LO-IDD |
| GERALD CURRAN, ESQUIRE, ET. AL | : |
|     Defendants | : |

**OBJECTIONS TO SUBPOENA**

COMES NOW, Deponent, Mark R. Dycio, by and through undersigned counsel, and notes the following objections to Plaintiff's subpoena *duces tecum*:

1. An objection to Topic No. 1 is noted as it seeks to invade the attorney-client and/or work product privileges.

2. An objection to Topic No. 2 is noted as it seeks to invade the attorney-client and/or work product privileges.

3. An objection to Topic No. 3 is noted as it seeks to invade the attorney-client and/or work product privileges.

4. An objection to Topic No. 4 is noted as it seeks to invade the attorney-client and/or work product privileges.

5. An objection to Topic No. 5 is noted as it seeks to invade the attorney-client and/or work product privileges.

6. An objection to Topic No. 6 is noted as it seeks to invade the attorney-client and/or work product privileges.

7. An objection to Topic No. 7 is noted as it seeks to invade the attorney-client and/or work product privileges.

8. An objection to Topic No. 8 is noted as it seeks to invade the attorney-client and/or work product privileges.

9. An objection to Topic No. 9 is noted as it seeks to invade the attorney-client and/or work product privileges.

10. An objection to Topic No. 10 is noted as it seeks to invade the attorney-client and/or work product privileges.

11. An objection to Topic No. 11 is noted as it seeks to invade the attorney-client and/or work product privileges.

12. An objection to Topic No. 12 is noted as it seeks to invade the attorney-client and/or work product privileges.

13. An objection to Topic No. 13 is noted as it seeks to invade the attorney-client and/or work product privileges.

14. An objection to Topic No. 14 is noted as it seeks to invade the attorney-client and/or work product privileges.

15. An objection to Topic No. 15 is noted as it seeks to invade the attorney-client and/or work product privileges.

16. An objection to Topic No. 16 is noted as it seeks to invade the attorney-client and/or work product privileges.

17. An objection to Topic No. 17 is noted as it seeks to invade the attorney-client and/or work product privileges. Furthermore, such Topic is vague and ambiguous.

18. An objection to Topic No. 18 is noted as it seeks to invade the attorney-client and/or work product privileges. Furthermore, such Topic is vague and ambiguous.

19. An objection to Topic No. 19 is noted as it seeks to invade the attorney-client and/or work product privileges. Furthermore, such Topic is vague and ambiguous.

                                               Respectfully submitted,

                                               MARK R. DYCIO

                                               By counsel,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP


/S/ James S. Liskow
James S. Liskow
V.S.B. No. 75883
3930 Walnut Street, Suite 250
Fairfax, Virginia 22030
Tel:   (703) 255-6667
Fax:  (703) 299-8548
jliskow@decarodoran.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this  2nd  day of  August , 2019, a copy of the foregoing was electronically filed to:

    Jon D. Pels, Esquire
    Kerry Edwards, Esquire
    Alvaro Llosa, Esquire
    8500 Leesburg Pike, Suite 400
    Vienna, VA  22010

    Matthew William Lee, Esquire
    Christina Maria Heischmidt, Esquire
    Eric Patrick Burns, Esquire
    Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
    8444 Westpark Drive, Suite 510
    McLean, VA  22101

    Bernard J. DiMuro, Esquire
    Michael S. Lieberman, Esquire
    M. Jarrad Wright, Esquire
    Jayna Genti, Esquire
    DiMuro Ginsburg, PC
    1101 King Street, Suite 610
    Alexandria, VA  22314

                                                  /s/ James S. Liskow
                                                  James S. Liskow

\\DDSGD\Data\Common\WP\L4\JSL\2-CLIENT FILES\Marsh v. Curran\Pleadings\ObjectionsSubpoena - Dycio.docx