IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| TIMOTHY MARSH : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civil Action No. 1:18-cv-00787-LO-IDD |
| : | |
| GERALD CURRAN, ESQUIRE, ET. AL : | |
| : | |
| Defendants : | |

## **OBJECTIONS TO SUBPOENA**

COMES NOW, Deponent, The Law Offices of Mark R. Dycio, P.C., d/b/a Dycio & Biggs, by and through undersigned counsel, and notes the following objections to Plaintiff's subpoena *duces tecum*:

1. An objection to Topic No. 1 is noted as it seeks to invade the attorney-client and/or work product privileges.

2. An objection to Topic No. 2 is noted as it seeks to invade the attorney-client and/or work product privileges.

3. An objection to Topic No. 3 is noted as it seeks to invade the attorney-client and/or work product privileges.

4. An objection to Topic No. 4 is noted as it seeks to invade the attorney-client and/or work product privileges.

5. An objection to Topic No. 5 is noted as it seeks to invade the attorney-client and/or work product privileges.

6. An objection to Topic No. 6 is noted as it seeks to invade the attorney-client and/or work product privileges.

7. An objection to Topic No. 7 is noted as it seeks to invade the attorney-client and/or work product privileges.

8. An objection to Topic No. 8 is noted as it seeks to invade the attorney-client and/or work product privileges.

9. An objection to Topic No. 9 is noted as it seeks to invade the attorney-client and/or work product privileges.

10. An objection to Topic No. 10 is noted as it seeks to invade the attorney-client and/or work product privileges.

11. An objection to Topic No. 11 is noted as it seeks to invade the attorney-client and/or work product privileges.

12. An objection to Topic No. 12 is noted as it seeks to invade the attorney-client and/or work product privileges.

13. An objection to Topic No. 13 is noted as it seeks to invade the attorney-client and/or work product privileges.

14. An objection to Topic No. 14 is noted as it seeks to invade the attorney-client and/or work product privileges.

15. An objection to Topic No. 15 is noted as it seeks to invade the attorney-client and/or work product privileges.

16. An objection to Topic No. 16 is noted as it seeks to invade the attorney-client and/or work product privileges.

17. An objection to Topic No. 17 is noted as it seeks to invade the attorney-client and/or work product privileges. Furthermore, such Topic is vague and ambiguous.

18.     An objection to Topic No. 18 is noted as it seeks to invade the attorney-client and/or work product privileges. Furthermore, such Topic is vague and ambiguous.

19.     An objection to Topic No. 19 is noted as it seeks to invade the attorney-client and/or work product privileges. Furthermore, such Topic is vague and ambiguous.

          Respectfully submitted,

          THE LAW OFFICES OF MARK R. DYCIO, P.C., D/B/A DYCIO & BIGGS,

          By counsel,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

/S/ James S. Liskow
James S. Liskow
V.S.B. No. 75883
3930 Walnut Street, Suite 250
Fairfax, Virginia 22030
Tel:   (703) 255-6667
Fax:   (703) 299-8548
jliskow@decarodoran.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this  2nd   day of   August    , 2019, a copy of the foregoing was electronically filed to:

Jon D. Pels, Esquire
Kerry Edwards, Esquire
Alvaro Llosa, Esquire
8500 Leesburg Pike, Suite 400
Vienna, VA  22010

Matthew William Lee, Esquire
Christina Maria Heischmidt, Esquire
Eric Patrick Burns, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
8444 Westpark Drive, Suite 510
McLean, VA  22101

Bernard J. DiMuro, Esquire
Michael S. Lieberman, Esquire
M. Jarrad Wright, Esquire
Jayna Genti, Esquire
DiMuro Ginsburg, PC
1101 King Street, Suite 610
Alexandria, VA  22314

       /s/ James S. Liskow
      James S. Liskow

\\DDSGD\Data\Common\WP\L4\JSL\2-CLIENT FILES\Marsh v. Curran\Pleadings\ObjectionsSubpoena - DycioFirm.docx